## Commonwealth *v.* Fulton, Appellant.

Submitted September 19, 1973. *Nino V. Tinari,* and *Lorch, Ryan, Peruto & Vitullo,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed. *Commonwealth v. Santiago,* —— Pa. ——, 340 A.2d 440 (1975).

## Commonwealth *v.* Granger, Appellant.

Argued June 13, 1975. *Donald E. Schlater,* with him *Raymond J. Peppelman, Jr.,* for appellant; *Vram Nedurian, Jr.,* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.